UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| FREEPORT-MCMORAN COPPER & GOLD, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Cause No.: 3:08-CV-600-TS ) |
| ODYSSEY GROUP, LLC, and VAR INDUSTRIES, LLC, | ) ) ) |
| Defendants. | ) ) |

**ORDER and DEFAULT JUDGMENT**

This matter is before the Court on the Plaintiff's Motion for Default Judgment Against Defendant VAR Industries, LLC [DE 6], filed on January 23, 2009.

Clerk's Entry of Default [DE 8] was entered on February 2. A Receiver for the Defendant entered an appearance in this case on February 6. (*See* Notice of Receivership, DE 11.) The Notice stated that the Receiver, Chikol LLC, was appointed by Elkhart Superior Court in *JPMorgan Chase Bank, N.A. v. Odyssey Group, LLC, VAR Industries L.L.C., and SPI Global, LLC*, under Cause Number 20D01-0901-PL-5. The Court held a telephone conference with the Plaintiff and the Receiver on March 2. The Receiver stated that it had no objection to the Plaintiff's Motion for Default Judgment. During that conference, the Court took judicial notice that the other Defendant, Odyssey Group, LLC, was involved in a bankruptcy case in the Northern District of Indiana, Cause Number 09-301111-HCD.

Having considered the Motion for Default Judgment Against Defendant VAR Industries, LLC [DE 6], and having reviewed the record and pleadings in the case, the Court hereby ORDERS that Default Judgment be ENTERED for the Plaintiff and against Defendant VAR Industries, LLC. The Court also ORDERS Defendant VAR Industries, LLC, to pay the Plaintiff

$557,797.62, consisting of unpaid invoices totaling $517,429.32, plus prejudgment interest at the agreed rate in the amount of $27,198.40, plus attorneys' fees in the amount of $13,169.90.

So ORDERED on March 19, 2009.

    s/ Theresa L. Springmann
THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT
FORT WAYNE DIVISION